# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3499

_____

United States of America

*Plaintiff - Appellee*

v.

Rahman Muhammed

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: April 6, 2015
Filed: April 17, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Rahman Muhammed directly appeals the sentence the district court[1] imposed after he pled guilty to two counts of being a felon in possession of a firearm, in

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), generally questioning the district court's sentencing decision, and seeking permission to withdraw. Muhammed has filed a supplemental brief raising claims of ineffective assistance of counsel.

Upon careful review, we conclude that the district court's sentencing decision was proper. *See United States v. Feemster*, 572 F.3d 455, 460-61, 464 (8th Cir. 2009) (en banc) (describing appellate review of sentencing decisions). Additionally, we decline to consider Muhammed's ineffective-assistance claims on direct appeal. *See United States v. Looking Cloud*, 419 F.3d 781, 788-89 (8th Cir. 2005) (appellate court generally will not consider ineffective-assistance claims on direct appeal).

Finally, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we affirm, and we grant counsel leave to withdraw, subject to counsel informing Muhammed about procedures for seeking rehearing or filing a petition for certiorari.

_____